# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0407
_____

LISA KING,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

February 23, 2024

PER CURIAM.

  AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lisa King, pro se, Appellant.

Ashley Moody, Attorney General, and Julian E Markham, Assistant Attorney General, Tallahassee, for Appellee.